UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
IN RE: Fosamax Products Liability :
Litigation                       :    1:06-md-1789   (JFK)
                                 :         **Order**
-------------------------------------------------------x
*This Document Relates to:* All Actions :
                                 :
-------------------------------------------------------x

**JOHN F. KEENAN, United States District Judge:**

    This order amends the Court's Memorandum Opinion and Order dated September 12, 2007. The parties' briefs on the sharing of costs related to document production shall be submitted by October 9, 2007.

SO ORDERED.

Dated:   New York, New York

        September 17, 2007

                                              **JOHN F. KEENAN**

                                       United States District Judge