```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-14-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

MASTER FILE

1:06-MD-1789 (JFK)

------------------------------------

## ORDER FOR ADMISSION PRO HAC VICE

Considering the Certificate of Good Standing and all other documents required by Case Management Order No. 5 submitted by counsel, IT IS HEREBY ORDERED that:

    Applicant's Name: Herbert G. Smith II

    Firm Name: Venable LLP

    Address: 575 7th Street, NW

    City/State/Zip: Washington, DC 20004

    Telephone/Fax: (202) 344-4000/(202) 344-8300

    Email Address: hgsmith@venable.com

is admitted to practice pro hac vice as counsel for Merck & Co., Inc. in the above captioned case in the United States District Court for the Southern District of New York.

Dated: March 14, 2008

New York, New York

                                           John F. Keenan
                                           United States District Judge

60238454 1.DOC



# United States District Court for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

### HERBERT G. SMITH, II

was, on the  5th  day of  May  A.D.  1997  admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  29th  day of  February  A.D. 2008.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: _____
Deputy Clerk